1  David D. Lawrence, Esq. [State Bar No. 123039]
   Christina M. Sprenger, Esq. [State Bar No. 205105]
2  Mike H. Lan, Esq. [State Bar No. 253227]
   LAWRENCE BEACH ALLEN & CHOI, PC
3  A Professional Corporation
   1600 North Broadway, Suite 1010
4  Santa Ana, California 92706
   Telephone No. (714) 479-0180
5  Facsimile No. (714) 479-0181
   E-Mail: csprenger@lbaclaw.com
6
   Attorneys for Defendants,
7  COUNTY OF ORANGE, DEPUTY JASON PEREZ, LAHNI BRANNAN, BRIAN
   STEVENS, THOM LUCAS, and ISAAC FELTER
8

COURTESY COPY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 13 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLIN MANSDORF, | Case No. SACV 07-594 AG (MANx) |
| Plaintiff, | |
| v. | [PROPOSED] JUDGMENT |
| COUNTY OF ORANGE, JASON PEREZ, LAHNI BRANNAN, BRIAN STEVENS, THOM LUCAS, ISSAC FELTER and DOES 1 through 10, inclusive, | |
| Defendants. | **MATTER FOR DETERMINATION BY THE HONORABLE ANDREW J. GUILFORD** |

On February 2, 2009, the Court granted Defendants COUNTY OF ORANGE, DEPUTY JASON PEREZ, LAHNI BRANNAN, BRIAN STEVENS, THOM LUCAS, and ISAAC FELTER's Motion for Terminating Sanctions and Motion to Dismiss without leave to amend for the following claims:

   1. FIRST CAUSE OF ACTION, VIOLATION OF 42 U.S.C. § 1983, Violation Of Fourth Amendment Rights, Violations Of Right To Privacy and Freedom From Unlawful and Unreasonable Intrusion Into and

1  Seizure Of Private Residence, (Against all Defendants);

2. SECOND CAUSE OF ACTION, VIOLATION OF 42 U.S.C. § 1983, Violation Of Fourth Amendment Rights, Unlawful and Unreasonable Force, (Against all Defendants);

3. THIRD CAUSE OF ACTION, VIOLATION OF 42 U.S.C. § 1983, Violation Of Fourth Amendment Rights, Unlawful and Unreasonable Search and Seizure Of Person, (Against all Defendants);

4. FOURTH CAUSE OF ACTION, VIOLATION OF 42 U.S.C. § 1983, Violation Of Fourth Amendment Rights, Unlawful Search of Private Residence, (Against all Defendants);

5. FIFTH CAUSE OF ACTION, VIOLATION OF 42 U.S.C. § 1983, Violation Of First Amendment Rights, Right to Freedom Of Speech / Right to Petition Government For Redress Of Grievances, (Against all Defendants);

6. SIXTH CAUSE OF ACTION, Trespass To Private Residence Invasion Of Right To Privacy, Under California State Law, (Against all Defendants);

7. SEVENTH CAUSE OF ACTION, Negligence Under California State Law, (Against all defendants);

8. EIGHTH CAUSE OF ACTION, Negligent Infliction Of Emotional Distress, Under California State Law, (Against all Defendants);

9.  NINTH CAUSE OF ACTION, Intentional Infliction of Emotional Distress, Under California State Law, (Against all Defendants);

10. TENTH CAUSE OF ACTION, False Arrest / False Imprisonment, Under California State Law, (Against all Defendants);

11. ELEVENTH CAUSE OF ACTION, Assault, Under California State Law, (Against all Defendants); and

12. TWELFTH CAUSE OF ACTION, Violation Of Cal. Civil Code § 52.1, Under California State Law, (Against all Defendants).

Accordingly, **IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants COUNTY OF ORANGE, DEPUTY JASON PEREZ, LAHNI BRANNAN, BRIAN STEVENS, THOM LUCAS, and ISAAC FELTER, and that they be awarded costs in the amount of $_____.

DATED: MAY 13, 2009

HONORABLE ANDREW GUILFORD

Respectfully submitted,

LAWRENCE BEACH ALLEN & CHOI, PC

By_____
CHRISTINA M. SPRENGER
MIKE H. LAN
Attorneys for Defendants,
COUNTY OF ORANGE, DEPUTY JASON PEREZ, LAHNI BRANNAN, BRIAN STEVENS, THOM LUCAS, and ISAAC FELTER